ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
MATTHEW L. CROCKETT, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  neumannc@gtlaw.com
         crockettm@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KERESHA WOODS,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-01583-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO HOLD A CONFERENCE CALL WITH MAGISTRATE JUDGE** |

COME NOW, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiff Keresha Woods ("Plaintiff"), by and through their undersigned counsel of record, and hereby stipulate that a conference call shall be scheduled for **January 21, 2020 at __4__ p.m.**, by and between counsel for the parties before the Honorable Magistrate Judge Weksler to discuss timing issues regarding Plaintiff's Motion for Leave to Intervene for

1

the Limited Purpose of Seeking Consolidation Per FRCP 42 and LR 42-1, presently scheduled for hearing on January 23, 2020 at 3:30 p.m. (Pacific Time), and the Motion to Consolidate for Trial Per FRCP 42 and LR 42-1, currently pending in *Reece Freeman, et al., v. C. R. Bard Inc., et al.*, Case No. 2:19-cv-01572-RFB-EJY.[1]

**IT IS SO STIPULATED.**

Respectfully submitted this 21st day of January 2020.

| WETHERALL GROUP, LTD. | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Peter C. Wetherall<br>PETER C. WETHERALL, ESQ.<br>Nevada Bar No. 4414<br>pwetherall@wetherallgroup.com<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Telephone: (702) 838-8500<br>Facsimile: (702) 837-5081<br><br>*Counsel for Plaintiffs* | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>CHRISTOPHER J. NEUMANN, ESQ.*<br>MATTHEW L. CROCKETT, ESQ.*<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br>Telephone: (303) 572-6500<br>*Admitted Pro Hac Vice<br><br>*Counsel for Defendants* |

**Counsel shall be connected to the conference call by dialing (877) 810-9415 and entering Access Code 2365998 by 3:55 p.m.**

**IT IS SO ORDERED**

**DATED: January 21, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiffs in the following cases have likewise filed Motions to Intervene in the *Freeman* case: *Singer v. C. R. Bard*, Case No. 2:19-cv-01579 JCM-BNW; *Torres v. C. R. Bard*, Case No. 2:19-cv-01582-KJD-BNW; *Sekuler v. C. R. Bard*, Case No. 2:19-cv-1585-KJD-BNW, and *Spilotro v. C. R. Bard*, Case No. 2:19-cv-01586-KJD-BNW.