1  ERIC W. SWANIS, ESQ.
   Nevada Bar No. 6840
2  **GREENBERG TRAURIG, LLP**
   10845 Griffith Peak Drive, Suite 600
3  Las Vegas, Nevada 89135
   Telephone: (702) 792-3773
4  Facsimile: (702) 792-9002
   Email: swanise@gtlaw.com
5
   ELIZABETH C. HELM, ESQ.*
6  *Admitted Pro Hac Vice
   **NELSON MULLINS RILEY & SCARBOROUGH LLP**
7  Atlantic Station
   201 17th Street, NW, Suite 1700
8  Atlanta, GA 30363
   Telephone: (404) 322-6000
9  kate.helm@nelsonmullins.com

10 *Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| KERESHA WOODS, | Case No. 2:19-cv-01583-RFB-BNW |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2022.

| | |
|---|---|
| **WETHERALL GROUP, LTD** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |
| By: */s/ Peter C. Wetherall* <br> (Signed with permission) <br> PETER C. WETHERALL, ESQ. <br> Nevada Bar No. 4414 <br> 9345 W. Sunset Road, Suite 100 <br> Las Vegas, NV 89148 <br> pwetherall@wetherallgroup.com | */s/ Elizabeth C. Helm* <br> ELIZABETH C. HELM, ESQ.* <br> *Admitted Pro Hac Vice* <br> Atlantic Station <br> 201 17th Street, NW / Suite 1700 <br> Atlanta, GA 30363 <br> Email: kate.helm@nelsonmullins.com |
| *Counsel for Plaintiff* | ERIC W. SWANIS, ESQ. (NSB 6840) <br> **GREENBERG TRAURIG, LLP** <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada 89135 <br> Email: swanise@gtlaw.com |
| | *Counsel for Defendants* |

**ORDER**

**IT IS SO ORDERED:**

Dated this 12th day of May, 2022.



RICHARD E. BOULWARE, II
United States District Court

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on **May 11, 2022**, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

>  */s/ Elizabeth C. Helm*
>  Elizabeth C. Helm

- 2 -